# United States Court of Appeals
## For the First Circuit

No. 12-1178

VÍCTOR OMAR PORTUGUÉS-SANTANA,

Plaintiff, Appellee,

v.

REKOMDIV INTERNATIONAL INC. AND RICHARD DOMINGO,

Defendants, Appellants,

v.

JAIME-ALBIZU LAMBOY-RILEY,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on July 29, 2013 is amended as follows:

On page 14, footnote 6, line 4, remove quotation mark.